1

JS-6

2

3

4

5

# UNITED STATES DISTRICT COURT

6

## CENTRAL DISTRICT OF CALIFORNIA

7

Case No. 14-CV-04577 (VEB)

8

RUBEN DE ARCOS GAMA,

9

                Plaintiff,

JUDGMENT

10

vs.

11

CAROLYN W. COLVIN, Acting

12

Commissioner of Social Security,

13

                Defendant.

14

15

      For the reasons set forth in the accompanying Decision and Order, it is hereby

16

ADJUDGED AND DECREED THAT (1) Plaintiff's request for an order remanding

17

the case for further proceedings is DENIED; (2) the Commissioner's request for an

18

order affirming the Commissioner's final decision and dismissing the action is

19

20

1

JUDGMENT – DE ARCOS v COLVIN 14-CV-04577-VEB

1   GRANTED; (3) judgment is entered in the Commissioner's favor; and (4) the Clerk

2   of the Court shall CLOSE this case.

3                          DATED this 26th day of April, 2016,

4                                /s/Victor E. Bianchini
                                 VICTOR E. BIANCHINI
5                          UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

JUDGMENT – DE ARCOS v COLVIN 14-CV-04577-VEB